UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER MARTINEZ

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

19 CR 666 (KMK)

Defendant  CHRISTOPHER MARTINEZ  hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✗ Conference Before a Judicial Officer
   RULE 11   ENTRY OF GUILTY PLEA

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

CHRISTOPHER MARTINEZ
Print Defendant's Name

_____
Defendant's Counsel's Signature

JOSEPH A. VITA
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/6/21
Date

_____
/U.S. Magistrate Judge