UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

CHRISTOPHER MARTINEZ,

              Defendant.

------------------------------------------------------------X

**MEMORANDUM**

19 Cr. 666 (KMK)

TO: KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

Please find attached a transcript of the April 6, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: July 9, 2021
       White Plains, New York

Respectfully submitted,

_____
ANDREW E. KRAUSE
United States Magistrate Judge

July 9, 2021

    This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge